Douglas A. Prutton, Esq.
State Bar No. 118300
LAW OFFICES OF DOUGLAS A. PRUTTON
1985 Bonifacio Street, Suite 101
Concord, CA 94520
Ph: (925) 677-5080
Fax: (925) 677-5089

Attorney for Plaintiff
MARISOL GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARISOL GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMETEAM PEST DEFENSE, INC., ROLLINS HT, INC, ROLLINS, INC., and DOES 1-25,<br><br>    Defendants. | CASE NO. 4:18-cv-02991-KAW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff Marisol Garcia filed her complaint in state court on October 16, 2017, which defendant removed to this Court on or about May 21, 2018;

WHEREAS, plaintiff and defendants settled this matter on or about May 22, 2018;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Marisol Garcia and defendants through their designated counsel that the above captioned action should be dismissed withprejudice as to all of the named and Doe defendants pursuant to FRCP 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: June 5, 2018          LAW OFFICES OF DOUGLAS A. PRUTTON

                             _____
                             Douglas A. Prutton
                             Attorney for Plaintiff Marisol Garcia

Dated: July 3, 2018          JACKSON LEWIS, P.C.

                             _____
                             Tyler A. Brown
                             Conor J. Dale
                             Attorney for Defendants HomeTeam Pest Defense,
                             Inc., Rollins, HT Inc., and Rollins, Inc.

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as against all named and Doe defendants pursuant to FRCP 41 (a)(1)(A).
2. Each party shall bear their own costs and attorneys' fees.

Dated: 7/5/18

*Kandis Westmore*
Honorable Kandis A Westmore
United States Magistrate Judge
Northern District of California